PLACER COUNTY COUNSEL'S OFFICE
David K. Huskey (SBN109329)
175 Fulweiler Avenue
Auburn, California  95603
Telephone:   (530) 889-4044
Facsimile:    (530) 889-4069

Attorneys for Defendant
**PLACER COUNTY DISTRICT ATTORNEY'S OFFICE**

JILL P. TELFER, (State Bar No. 145450)
LAW OFFICES OF JILL P. TELFER
A Professional Corporation
331 J Street, Suite 200
Sacramento, California 95814
Telephone:     (916) 446-1916
Facsimile:     (916) 446-1726
Email: jtelfer@telferlaw.com

Attorneys for Plaintiff
**KARIN BJORK**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARIN BJORK ) | Case No.  2:13-cv-01616-MCE-EFB |
| ) | |
| Plaintiff, ) | **STIPULATION AND PROTECTIVE** |
| vs. ) | **COURT ORDER REGARDING** |
| ) | **PRIVATE AND CONFIDENTIAL** |
| COUNTY OF PLACER THE DISTRICT ) | **DOCUMENTS** |
| ATTORNEY'S OFFICE, and DOES 1 through ) | |
| 10, inclusive, ) | |
| ) | |
| ) | |
| Defendants ) | |

The parties hereto, being Plaintiff KARIN BJORK and Defendant COUNTY OF PLACER THE DISTRICT ATTORNEY'S OFFICE, by and through their respective counsel, hereby stipulate to entry of a protective order regarding personnel records of Plaintiff and third parties.  This stipulation is as follows:

1
STIPULATION AND PROTECTIVE ORDER

1. These documents are protected by the right of privacy. The information to be covered by this Stipulation and Protective Order and shall hereinafter be referred to as the "PROTECTED INFORMATION."

2. Except with the prior written consent of defendants, any of the PROTECTED INFORMATION may not be disclosed to any person with the following exceptions only:

    (a) Attorneys representing plaintiff and their employees;

    (b) Any person not employed by plaintiff who is expressly retained by any attorney described in paragraph 2(a) to assist in trial preparation;

    (c) Any person of whom testimony is taken or to be taken in this action;

    (d) The Court, subject to the procedures set forth in paragraph 6 below.

    (e) A copy of this Stipulation and Protective Order shall be delivered by counsel for plaintiffs to each person, expert, agent, representative or consultant who is permitted by defendants to view, examine, pursue or otherwise inspect the PROTECTED INFORMATION or any part of it, or copies lists or summaries thereof, in connection with this litigation. Such persons shall also execute a document containing a recital signifying his or her understanding of the terms of the Stipulation and Protective Order, that said person agrees to be bound by it and to submit to the jurisdiction of the United States District Court, Eastern District of California, for purposes of enforcement of this Stipulation.

3. A party may apply to the Court for a ruling that the PROTECTED INFORMATION is not entitled to such status and protection upon providing reasonable notice and opportunity to respond to the opposing party. This stipulated protective order does not require the production of information, a party deems especially sensitive or personnel information. This stipulated protective order does not require the production of information that a party deems especially sensitive. If such

a stipulation arises, then either party may seek further orders from the Court as they deem necessary.

4.     A deponent may, during a deposition, be shown and examined concerning the PROTECTED INFORMATION subject to the following procedures:

    (a)    Within 24 days after receiving a transcript of such deposition, information or documents within the deposition transcript which plaintiff or defendants believe is entitled to protection may mark the pages by writing "confidential" at the top of each page containing confidential information. If this procedure is not followed, then none of the transcript or exhibits thereto shall be treated as confidential or subject to protection pursuant to this order.

5.     The PROTECTED INFORMATION and information contained therein may be offered into evidence at trial or in any hearing on this matter provided that the party designated to offer it gives reasonable advanced notice to the other party, who may thereupon request an order that the evidence be received in camera or under such other conditions to prevent unnecessary disclosure. The Court will thereupon determine whether the proper evidence shall continue to be treated as confidential information pursuant to this Order, and, if so, what protection should be afforded such information at trial or the hearing.

6.     Persons entitled to access to the PROTECTED INFORMATION and information contained therein pursuant to this Order shall use such document and information only for preparation and trial of this action, including appeals and retrials.  It is expressly agreed and understood that nothing in this Order shall be deemed a waiver of either party's rights to oppose discovery on grounds other than it constitutes, contains or seeks confidential information.

7.     At the conclusion of this action, whether by final judgment (after exhaustion of all appeals), settlement or otherwise, the following steps shall be taken:

3
STIPULATION AND PROTECTIVE ORDER

(a) Within a reasonable time not to exceed ninety (90) days after the conclusion of the action, counsel of record for plaintiff shall collect and return to defendant the PROTECTED INFORMATION, and all copies;

(b) Counsel for defendants shall be responsible for collecting such documents from any and all experts, consultants, witnesses, attorneys and employees of defendants, as well as any other persons to whom such documents were provided by defendant or his attorney.

8. This stipulation shall continue in effect after the conclusion of this action.

**IT IS SO STIPULATED.**

Dated:  January 2, 2014                    **LAW OFFICES OF JILL P. TELFER**
                                           A Professional Corporation


                                           */s/ Jill P. Telfer* _____
                                           JILL P. TELFER
                                           Attorney for Plaintiff



Dated: January 2, 2014                     **PLACER COUNTY COUNSEL'S OFFICE**


                                           */s/ David K. Huskey*_____
                                           DAVID K. HUSKEY
                                           Attorney for Defendant County of Placer

IT IS SO ORDERED.

Dated:  January 8, 2014.

                                           _____
                                           EDMUND F. BRENNAN
                                           UNITED STATES MAGISTRATE JUDGE